-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT MASON,

        Plaintiff,

    -v-　　　　　　　　　　　　　　　　　　08-CV-0208Sc

C.O. ROOF, et al.,　　　　　　　　　　　　ORDER

        Defendants.

---

    Pursuant to the Office of the New York State Attorney General's response to the Court's Order, under Valentin v. Dinkins, 121 F.3d 72 (2d Cir.1997), requesting said Office to ascertain the proper address for service of the summons and complaint on defendant "G. Barns," the Clerk of the Court is directed to (1) amend the caption of this matter to reflect that the proper name of defendant G. Barns is "Gregory Barnes, (2) issue an amended summons for Gregory Barnes and (3) cause the United States Marshals Service to serve the amended summons and complaint on defendant Gregory Barnes, Correctional Officer, Five Points Correctional Facility, State Route 96, Caller Box 400, Romulus, New York 14541, without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    Pursuant to 42 U.S.C. § 1997e(g)(2), the defendant is directed to answer the complaint.

    **SO ORDERED.**

                              s/Michael A. Telesca
                                MICHAEL A. TELESCA
                         United States District Judge

Dated:   February 25, 2009
           Rochester, New York

[FILED FEB 26 2009 — MICHAEL J. ROEMER, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY]